Case #: 16-20696-SVK

attn: Susan V. Kelly

I would like to convert my Chapter 13 to a Chapter 7 bankruptcy. I intend to withdraw my attorney ~~Anton Nickolai~~ from my case at the beginning of February of 2017 but have been unsuccessful with contacting Anton Nickolai. MR. Nickolai is aware of my request of removing him from my case and moving forward with the filing of Chapter 7. If you have any questions, please feel free to contact me at 414-639-1002.

Thank you,
Laquita S. Johnson

*[signature]*

FILED
2017 MAR 16 AM 11:57
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI